IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Criminal Case No. 04-cr-00361-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

2.    NICHOLAS D. JEFFCOAT,

    Defendant.

_____

## MINUTE ORDER
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a supervised release violation hearing regarding Defendant Jeffcoat is set **Thursday, May 23, 2013 at 10:00 a.m.** in Courtroom C-401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.


Dated:  March 18, 2013