# UNITED STATES DISTRICT COURT
## DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation Supervised Release**) |
| v. | Case Number: 04-cr-00361-LTB-02 |
| | USM Number: 32814-013 |
| NICHOLAS D. JEFFCOAT <br> a/k/a Tony Mac | Virginia Grady, AFPD <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 1, 4, 5, 6, 7, 8, 9, 10, 11, 12, and 13, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Possession and Use of a Controlled Substance | 11/16/2012 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The government withdrew violations 2, 3, 14, and 15.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

        May 22, 2013
        Date of Imposition of Judgment

        s/Lewis T. Babcock
        Signature of Judge

        Lewis T. Babcock, Senior U.S. District Judge
        Name & Title of Judge

        May 30, 2013
        Date

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 4 | Failure to Report for Drug Testing as Directed by the Probation Officer | 02/15/2013 |
| 5 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 09/06/2012 |
| 6 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 11/20/2012 |
| 7 | Associating with Persons Convicted of a Felony | 11/20/2012 |
| 8 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 12/20/2012 |
| 9 | Associating with Persons Convicted of a Felony | 12/20/2012 |
| 10 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 12/21/2013 |
| 11 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 12/28/2012 |
| 12 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 02/05/2013 |
| 13 | Failure to Report Law Enforcement Contact within 72 Hours to the Probation Officer | 02/20/2013 |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty-four (24) months.

The court recommends that the Bureau of Prisons credit the defendant for 78 days spent in custody.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal